MAY 15 2026 PM1:30
FILED-USDC-CT-HARTFORD

District Court of The State
of Connecticut - #450 Main St.
Hartford, Conn, 06103

Anthony Hunt
#434757
Ct. Dept, of Correction(s)
1153 East St, South
(MacDougall C.I.)
Suffield Conn
06080

(F.Y.I) VS. Case# (Pending)
Incident# (awaiting still the #)

District Court of The
State of Connecticut
#450 main street
State of Connecticut.
Hartford 06103

"Statement of True Fact(s)
to Help Support Attached
Claim."

On This Day of December 4th -
2025 While Being spoken to in
officer Lt. Mr. Packett. late  →

(2)

Unit officer of my unit, Charlie-Pod/unit, Mr Hackett had called/sent for me through security officer(s) to came to my cell and ask of mee (me) to go to LT.officer(s) MR Hackett's Unit-Manager(s) office and came speek with him officer Mr Francis was the middle man the messager that the LT.Mr.Hackett had sent to me to have mee go meet Lt.Hackett at in the Doorway of his unit office in the Charlie-Pod/unit. While I stood in front of his Charlie-Pod/units Door, Mr. LT Hackett then noticed me and right as LT.Mr.Hackett was asking to came into his office ✕ to came into the office and speek to him (still I'm not understanding the main reason(s) I'm ever awaiting to speek with him, now for 2 Days I had been a little stuffed up and my nose and sinus began dripping into my chest cavity and I was wrapping the one →

cough-Drop Yet, That I Truly indeed did already place into my pocket for my cold I was starting to exsperience, all the symptoms, SOAR-Throat Being the main issue in this complaint, and before this incided took-place, I was putting my only unwrapped yellow/orange in color Cough-Drop into my mouth, when out of the blue this great physical force of a large ump(s) fist, ~~took~~ made full contact to the right side of my soft in touch and Brite in freshness your inocent Face, when his hard direct blow and hard fist approached my face, the fear was great and caused me to faint onto the floor, in fear of more physical direct retaleation through These Well Known "Thugs"

Who are an "illiet" team of illegal plus unjust abuser(s) to inmates, who indeed Defertly caused me unwanted emotional Anguish/suffering, plus physical

assaults done to my Person/Body.
Officer Mr. Francis also has
Been involved with numerous
altercation(s) of Gender plus
Sexual identified people of
The LBGQT family (Hate crime
investigations with the Dept of
Corrections, Sheriffs Dept, plus
The federal Governmen). Now
all of These Problems only
Became a Reality to the
Government plus State of Conn
ecticut, only As This out of his
mind, outraged with criminal
intent(s) to commit these plus
Newer, premeditated upcoming
illegal matters of all that is in
this complaint and is to Become
only untill now This one man
mr. Lt. Mr. Hackett Did And
indeed is and As continued
to violate multiple federal and
state Laws, and Code(s) As
the Defendant of this claim
are Doing forth this claim
of all the Attached. Your
Honor, please grant me the
motion to move forward

(5)

with said Request For a Docket number of a new open/accepted civil case/matter all I am asking for is to have you your Forward to me my wanted civil case with a civil Docket and case number. I am Truly gr- eatful For your ability time plus consideration in said matter.

Very Truly Yours,

Sincerly

x Anthony Heen

(Print Name) First: Anthony
middle: DA
Last: Hunt.

Date: 03 . 29 . 2026

(718 4m)